IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT JONES,

    Plaintiff,

v.

WARDEN DOUG WILLIAMS; and ERIC SMOKES,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-161

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 19), to which Plaintiff and Defendants did not file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's official capacity damages claims against Defendants. However, the Court finds Plaintiff has plausibly stated deliberate indifference to serious medical needs claims against Defendants, and these claims shall proceed.

**SO ORDERED**, this 20th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA